■ In the Matter of the Arbitration between ASTORIA MEDICAL GROUP et al., Respondents, and HEALTH INSURANCE PLAN OF GREATER NEW YORK, Appellant.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in *Matter of Astoria Med. Group (Health Ins. Plan of Greater N. Y.)* (13 A D 2d 288). Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Arbitration between TALBOT MILLS, Appellant, and TUSSAH CORPORATION, Respondent.— Order entered on September 28, 1960, insofar as it grants respondent's cross motion to compel petitioner to proceed to arbitration before the Mutual Adjustment Bureau of the Cloth and Garment Trades, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ SYDNEY G. PLATZER, as Assignee of DOLL BODIES, INC., Appellant, v. GRANT PLASTICS, INC., Respondent.— Order entered on September 2, 1960, vacating service of process upon defendant for lack of jurisdiction, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ BETTY SCHECHTMAN et al., Respondents, v. FREDERICK E. M. BALLON et al., Defendants, ALFRED A. TANANBAUM et al., Respondents, and BURTON D. CHAIT, Intervenor-Appellant.— Order entered on April 28, 1961, denying defendant-intervenor-appellant's motion to punish defendants-respondents as and for a contempt, unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.